[Tonsey v. The State.]

# Tonsey *v.* The State

*Retailing Liquor Without License.*

(Decided June 6, 1907. 44 South. 183.)

*Intoxicating Liquors; Unlawful Sale; Indictment; Evidence.*—Under an indictment in code form for retailing liquor without license proof may be offered and a conviction had for a sale made in violation of a local law. Section 5077, Code 1896.

APPEAL from Montgomery City Court.

Heard before Hon. W. H. THOMAS.

Tom Tonsey was convicted for retailing liquor without license and he appeals. Affirmed.

MARK D. BRAINARD, for appellant.—No brief came to the Reporter.

ALEXANDER M. GARBER, Attorney General, for the State.—No brief came to the Reporter.

DOWDELL, J.—The indictment was in Code form. Under the indictment a sale made in violation of a local law could be shown.—Section 5077, Cr. Code 1896; *Olmstead v. State,* 89 Ala. 16, 7 South. 775; *Ulmer v. State,* 61 Ala. 208; *Sills v. State,* 76 Ala. 92.

The demurrer to the indictment was properly overruled. This being the only question presented on the record, the judgment appealed from is affirmed.

Affirmed.

TYSON, C. J., and ANDERSON and McCLELLAN, JJ., concur.